ALVERSON, TAYLOR,
MORTENSEN & SANDERS
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
ADAM R. KNECHT, ESQ.
Nevada Bar No. 13166
7401 W. Charleston Boulevard
Las Vegas, NV 89117
(702) 384-7000
efile@alversontaylor.com

MALEK MOSS PLLC
KEVIN N. MALEK, ESQ. (*pro hac vice*)
340 Madison Avenue, FL 19
New York, New York 10173
(212) 812-1491
kevin.malek@malekmoss.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VOIP-PAL.COM INC., <br><br> *Plaintiff*, <br> v. <br><br> CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, AT&T CORP.; and DOES I through X, inclusive, <br><br> *Defendants*. | Case No. 2:16-cv-00271-RCJ-VCF |

**ORDER ON UNOPPOSED MOTION TO <u>SEVER DEFENDANT AT&T CORP.</u>**

Before the Court is the Plaintiff VoIP-Pal's Unopposed Motion To Sever Defendant AT&T Corp. After careful consideration and being fully advised of the premises, the Court finds that severance of Defendant AT&T from this action into a separate action is appropriate.

1. Plaintiff's Unopposed Motion To Sever Defendant AT&T Corp. is **GRANTED**.

1

2. The Clerk of Court is directed to sever Defendant AT&T Corp. from this action and into a separate action under a separate caption.

**DONE AND ORDERED** in Chambers at Las Vegas, Nevada, this 25th day of June, 2018.

_____
United States Magistrate Judge