UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

VOIP-PAL.COM, INC.,

    Plaintiff,

v.

AT&T CORP,

    Defendant.

Case No. 2:18-cv-01129 (RCJ) (VCF)

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

Before the Court is the Plaintiff VoIP-Pal's Unopposed Motion for Extension of Time to Respond to Defendant AT&T Corp.'s Motion to Dismiss the Second Amended Complaint. After careful consideration, the Court finds good cause exists to grant the requested relief. Plaintiff VoIP-Pal's Unopposed Motion for Extension of Time to Respond to Defendant AT&T Corp.'s Motion to Dismiss the Second Amended Complaint is GRANTED as follows:

1. Plaintiff VoIP-Pal shall have up to and including September 6, 2018 to respond to Defendant AT&T Corp.'s Motion to Dismiss the Second Amended Complaint.

IT IS SO ORDERED this 20th day of August, 2018.

_____
Honorable Robert C. Jones
United States District Judge