Bryant C. Boren, Jr. *(Pro hac vice)*
BAKER BOTTS L.L.P.
1001 Page Mill Road, Bldg. One, St. 200
Palo Alto, CA 94304
Telephone: (650) 739-7500
Email: bryant.c.boren@bakerbotts.com

Samir A. Bhavsar *(Pro hac vice)*
Brian D. Johnston *(Pro hac vice)*
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 953-6500
Email: samir.bhavsar@bakerbotts.com
Email: brian.johnston@bakerbotts.com

Wayne O. Stacy *(Pro hace vice)*
BAKER BOTTS L.L.P.
101 California Street, Suite 3600
San Francisco, CA 94111
Telephone: (415) 291-6206
Email: wayne.stacy@bakerbotts.com

Lauren J. Dreyer *(Pro hac vice)*
BAKER BOTTS L.L.P.
1299 Pennsylvania Ave. N.W.
Washington, DC 20004
Telephone: (202) 639-7823
Email: lauren.dreyer@bakerbotts.com

Michael D. Rounds
Nevada State Bar No. 4734
BROWNSTEIN HYATT FARBER
SCHRECK, LLC
5371 Kietzke Lane
Reno, Nevada 89511
Telephone: (775) 324-4100
Facsimile: (755) 333-8171
Email: mrounds@bhfs.com

*Attorneys for Defendant AT&T Corp*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VOIP-PAL.COM, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AT&T CORP,<br><br>Defendant. | CASE NO.: 2:18-cv-01129-RCJ-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE A REPLY TO PLAINTIFF VOIP-PAL'S OPPOSITION TO AT&T CORP'S MOTION TO DISMSS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

It is hereby stipulated between the parties, through their respective attorneys, that Defendant AT&T Corp's ("AT&T") time to file a reply to Plaintiff VoIP-Pal's Opposition to AT&T Corp's Motion to Dismiss Plaintiff's Second Amended Complaint (ECF 14), filed on September 6, 2018, shall be extended from September 13, 2018, to **September 27, 2018.**

This is the first stipulation for extension of time for AT&T to file its reply to

///

VoIP-Pal.com, Inc.'s opposition filed by the parties.[1] This Stipulation is filed in good faith and is not intended to cause delay.

Dated: September 10, 2018

ALVERSON, TAYLOR,
MORTENSON & SANDERS

/s/ *Kevin N. Malek*
Kurt R. Bonds
Nevada Bar No. 6228
Adam R. Knecht
Nevada Bar No. 13166
7401 W. Charleston Boulevard
Las Vegas, NV 89117
(702) 384-7000
efile@alversontaylor.com

Kevin N. Malek (Admitted Pro Hac Vice)
MALEK MOSS PLLC
340 Madison Avenue, FL 19
New York, New York 10173
(212) 812-1491
kevin.malek@malekmoss.com

*Attorneys for Plaintiff VoIP-Pal.com, Inc.*

Dated: September 10, 2018

BROWNSTEIN, HYATT, FARBER,
SCHRECK, LLC

/s/ *Michael D. Rounds*

Michael D. Rounds
Nevada State Bar No. 4734
**BROWNSTEIN HYATT FARBER SCHRECK, LLC**
5371 Kietzke Lane
Reno, Nevada 89511
Telephone: (775) 324-4100
Facsimile: (755) 333-8171
Email: mrounds@bhfs.com

Bryant C. Boren, Jr. *(Pro hac vice)*
**BAKER BOTTS L.L.P.**
1001 Page Mill Road, Bldg. One, St. 200
Palo Alto, CA 94304
Telephone: (650) 739-7500
Email: bryant.c.boren@bakerbotts.com

Samir A. Bhavsar *(Pro hac vice)*
Brian D. Johnston *(Pro hac vice)*
**BAKER BOTTS L.L.P.**
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 953-6500
Email: samir.bhavsar@bakerbotts.com
Email: brian.johnston@bakerbotts.com

Wayne O. Stacy *(Pro hace vice)*
**BAKER BOTTS L.L.P.**
101 California Street, Suite 3600
San Francisco, CA 94111
Telephone: (415) 291-6206
Email: wayne.stacy@bakerbotts.com

*Attorneys for Defendant AT&T Corp*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: 09-12-2018

---

[1] The Court granted an extension for Plaintiff's response to the motion to dismiss based on an unopposed motion (ECF 10) on August 20, 2018. *See* Order Granting Extension to Respond to Motion to Dismiss (ECF 11).