**MALEK MOSS PLLC**
Kevin N. Malek (*pro hac vice*)
340 Madison Avenue, FL 19
New York, New York 10173
(212) 812-1491
kevin.malek@malekmoss.com

**ALVERSON, TAYLOR, MORTENSEN & SANDERS**
Kurt R. Bonds
Nevada Bar No. 6228
Adam R. Knecht
Nevada Bar No. 13166
7401 W. Charleston Boulevard
Las Vegas, NV 89117
(702) 384-7000
efile@alversontaylor.com

*Attorneys for Plaintiff VoIP-Pal.com, Inc.*

Bryant C. Boren, Jr. (*Pro hac vice*)
**BAKER BOTTS L.L.P**
1001 Page Mill Road, Bldg. One, St. 200
Palo Alto, CA 94304
Telephone: (650) 739-7500
Email: bryant.c.boren@bakerbotts.com

Samir A. Bhavsar (*Pro hac vice*)
Brian D. Johnston (*Pro hac vice*)
**BAKER BOTTS L.L.P**
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 953-6500
Email: samir.bhavsar@bakerbotts.com
Email: brian.johnston@bakerbotts.com

Wayne O. Stacy (*Pro hac vice*)
**BAKER BOTTS L.L.P**
101 California Street, Suite 3600
San Francisco, CA 94111
Telephone: (415) 291-6206
 Email: wayne.stacy@bakerbotts.com

Lauren J. Dreyer (*Pro hac vice*)
**BAKER BOTTS L.L.P**
1299 Pennsylvania Ave NW
Washington, DC 20004
(202) 639-7823
Email: lauren.dreyer@bakerbotts.com

Michael D. Rounds
Nevada State Bar No. 4734
**BROWNSTEIN HYATT FARBER SCHRECK, LLC**
5371 Kietzke Lane
Reno, Nevada 89511
Telephone: (775) 324-4100
Facsimile: (775) 333-8171
Email: mrounds@bhfs.com

*Attorneys for Defendant AT&T Corp*

| | |
|---|---|
| 1 | **UNITED STATES DISTRICT COURT** |
| 2 | **DISTRICT OF NEVADA** |

| | | |
|---|---|---|
| 4 | VOIP-PAL.COM, INC., | Case No. 2:18-cv-01129-RCJ-VCF |
| 5 | *Plaintiff*, | **STIPULATION AND ORDER TRANSFERRING THE CASE TO THE NORTHERN DISTRICT OF CALIFORNIA** |
| 6 | v. | |
| 7 | AT&T CORP, | |
| 8 | *Defendant*. | |

Plaintiff VoIP-Pal.com, Inc. ("Plaintiff" or "VoIP-Pal") and Defendant AT&T Corp ("AT&T") agree and stipulate as follows:

WHEREAS VoIP-Pal filed a separate lawsuit against Cellco Partnership d/b/a Verizon Wireless ("Verizon") in this District asserting the same patents as are asserted in this litigation. *Voip-Pal.com, Inc. v. Cellco Partnership d/b/a Verizon Wireless*, No. 2:16-cv-00271-RCJ-VCF (D. Nev.) (the "Verizon Litigation");

WHEREAS Verizon filed on August 17, 2018, a Motion to Transfer Venue to the Northern District of California Pursuant to 28 U.S.C. § 1404(a) Dkt. No. 72 in the Verizon Litigation. The Motion to Transfer is fully briefed as of September 11, 2018. VoIP-Pal no longer opposes Verizon's Motion to Transfer and those parties have filed, on the same date herewith, a stipulation to transfer the Verizon Litigation to the Northern District of California;

WHEREAS VoIP-Pal filed a separate lawsuit against Twitter, Inc. in this District asserting the same patents as are asserted in this litigation. *Voip-Pal.com, Inc. v. Twitter, Inc.*, No. 2:16-cv-02338-RFB-CWH (D. Nev.). The *Voip-Pal v. Twitter* case was transferred to the Northern District of California on July 23, 2018;

WHEREAS VoIP-Pal has also filed this lawsuit against AT&T and separate lawsuits against Apple Inc., and Amazon.com, Inc. in this District. *VoIP-Pal.com, Inc. v. AT&T Corp,* No. 2:18-cv-01129-RCJ (D. Nev.) ("This Litigation"); *VoIP-Pal.com, Inc. v. Apple, Inc.*, Case No. 2:16-cv-00260-RFB-VCF (D. Nev.); *Voip-Pal.com, Inc. v. Amazon.com, Inc. et al.*, No. 2:18-cv-01076-

MMD-VCF (D. Nev.). The cases involve similar allegations. VoIP-Pal consents to transfer of This Litigation, and intends to consent to the transfer of the foregoing litigation against Apple Inc. and Amazon.com, Inc. to the Northern District of California.

IT IS HEREBY STIPULATED that this case is transferred to the United States District Court for the Northern District of California. The Clerk of Court shall close this case in this District.

This Stipulation is filed in good faith and is not intended to cause unnecessary delay. The convenience of the parties and witnesses favors transfer to the Northern District of California. And because the Twitter, Inc. case was transferred to the California, and VoIP-Pal consents to transfer of the Verizon, Apple Inc., and Amazon.com, Inc. cases, it would be efficient for the parties and the Court to also transfer this case. There is thus good cause to transfer this case to the Northern District of California.

| | | |
|---|---|---|
| 1 | Dated: September 28, 2018 | Dated: September 28, 2018 |
| 2 | MALEK MOSS PLLC | BAKER BOTTS L.L.P. |
| 3 | | |
| 4 | /s/ Kevin N. Malek<br>Kevin N. Malek (*Pro Hac Vice*) | */s/ Bryant C. Boren, Jr.*<br>Bryant C. Boren, Jr. (*Pro Hac Vice*) |

Dated: September 28, 2018          Dated: September 28, 2018

MALEK MOSS PLLC                    BAKER BOTTS L.L.P.

/s/ Kevin N. Malek                 */s/ Bryant C. Boren, Jr.*
Kevin N. Malek (*Pro Hac Vice*)    Bryant C. Boren, Jr. (*Pro Hac Vice*)
340 Madison Avenue, FL 19          Bryant.c.boren@bakerbotts.com
New York, New York 10173           1001 Page Mill Road, Bldg. One, St. 200
(212) 812-1491                     Palo Alto, CA 94304
kevin.malek@malekmoss.com          (650) 739-7500

ALVERSON, TAYLOR,                  Samir A. Bhavsar (*Pro Hac Vice*)
MORTENSEN & SANDERS                samir.bhavsar@bakerbotts.com
Kurt R. Bonds                      Brian D. Johnston (*Pro Hac Vice*)
Nevada Bar No. 6228                brian.johnston@bakerbotts.com
Adam R. Knecht                     2001 Ross Avenue
Nevada Bar No. 13166               Dallas, Texas 75201
7401 W. Charleston Boulevard       (214) 953-6500
Las Vegas, NV 89117
(702) 384-7000                     Wayne O. Stacy (*Pro Hac Vice*)
efile@alversontaylor.com           wayne.stacy@bakerbotts.com
                                   101 California Street, Suite 3600
                                   San Francisco, CA 94111
                                   (415) 291-6206

*Attorneys for Plaintiff*
                                   Lauren J. Dreyer (*Pro Hac Vice*)
                                   lauren.dreyer@bakerbotts.com
                                   1299 Pennsylvania Ave NW
                                   Washington, DC 20004
                                   (202) 639-7823

                                   BROWNSTEIN HYATT FARBER SCHRECK, LLC
                                   Michael D. Rounds
                                   Nevada State Bar No. 4734
                                   mrounds@bhfs.com
                                   5371 Kietzke Lane
                                   Reno, Nevada 89511

                                   *Attorneys for Defendant AT&T Corp*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: \_\_October 4, 2018_____